IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**   McCaster-Baker, Sonya C | Case Number:  08 B 00994 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  5/27/08 | Filed:  1/17/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 15, 2008
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 623.59 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 583.06 |
| Trustee Fee: | | 40.53 |
| Other Funds: | | 0.00 |
| Totals: | 623.59 | 623.59 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Bennie W Fernandez | Administrative | 2,774.00 | 583.06 |
| 2. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | City Of Chicago | Secured | 800.00 | 0.00 |
| 4. | EMC Mortgage Corporation | Secured | 23,000.00 | 0.00 |
| 5. | Chicago Patrolmen's Fed Credit Union | Unsecured | 3,691.43 | 0.00 |
| 6. | Peoples Energy Corp | Unsecured | 3,972.38 | 0.00 |
| 7. | Commonwealth Edison | Unsecured | 4,636.67 | 0.00 |
| 8. | Chicago Patrolmen's Fed Credit Union | Unsecured | 500.00 | 0.00 |
| 9. | Portfolio Recovery Associates | Unsecured | 217.00 | 0.00 |
| 10. | Devon Financial Services Inc | Unsecured | 310.83 | 0.00 |
| 11. | Creditors Discount & Audit Co | Unsecured | | No Claim Filed |
| 12. | MRSI | Unsecured | | No Claim Filed |
| 13. | F & W LLC | Unsecured | | No Claim Filed |
| 14. | Credit Protection Association | Unsecured | | No Claim Filed |
| 15. | First Consumers National Bank | Unsecured | | No Claim Filed |
| 16. | Lou Harris | Unsecured | | No Claim Filed |
| 17. | Medical Collections | Unsecured | | No Claim Filed |
| 18. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 19. | Verizon Wireless | Unsecured | | No Claim Filed |
| 20. | Medical Collections | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 39,902.31 | $ 583.06 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 40.53 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  McCaster-Baker, Sonya C

Printed: 5/27/08

Case Number: 08 B 00994
Judge: Goldgar, A. Benjamin
Filed: 1/17/08

_____
$ 40.53

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

